No. 00–1835.  ADJIRI *v.* EMORY UNIVERSITY.  C. A. 11th Cir. Certiorari denied.

No. 00–1836.  NORDSTROM *v.* WEULE.  C. A. 9th Cir.  Certiorari denied.

No. 00–1837.  NELSON ET AL. *v.* TENNESSEE GAS PIPELINE CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–1838.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–1840.  LEAVITT, GOVERNOR OF UTAH, ET AL. *v.* DAVID C. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–1841.  JMC TELECOM, LLC *v.* AT&T CORP.  C. A. 3d Cir.  Certiorari denied.

No. 00–1843.  KOSTER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–1844.  KHREATIVITY UNLIMITED, INC. *v.* MATTEL, INC. C. A. 2d Cir.  Certiorari denied.

No. 00–1845.  MCCALL ET AL. *v.* BURLINGTON NORTHERN/ SANTA FE CO., FKA BURLINGTON NORTHERN RAILROAD CO., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–1846.  HUESCA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–1847.  MCCARTER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–1848.  KELLOGG *v.* NEW YORK.  App. Term, Sup. Ct. N. Y., 2d and 11th Jud. Dists.  Certiorari denied.

No. 00–1849.  KINLOW ET AL. *v.* CITY OF MILWAUKEE.  C. A. 7th Cir.  Certiorari denied.

No. 00–1850.  CAPITAL LANDMARK II ET AL. *v.* HAMEETMAN ET AL.  C. A. 9th Cir.  Certiorari denied.